In the Matter of the Claim of MARGARET O'BRIEN, Respondent, v. ONEIDA CITY HOSPITAL et al., Appellants.  WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.